IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTOPHER MIELO and SARAH HEINZL, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>STEAK 'N SHAKE OPERATIONS, INC.<br><br>Defendant. | Civil Action No. 2:15-CV-180 |

## NOTICE OF SETTLEMENT

COMES NOW Plaintiff Sarah Heinzl, by and through her undersigned counsel, and hereby advises this Honorable Court she has reached an agreement in principle with Defendant Steak 'N Shake Operations, Inc. that will involve the dismissal with prejudice of her claims in the above-captioned matter. The parties are finalizing settlement documents and expect to file dismissal papers as to Plaintiff Sarah Heinzl only within thirty (30) days.

Dated:  July 15, 2019

By:  */s/ Benjamin J. Sweet*
Benjamin J. Sweet
**THE SWEET LAW FIRM, P.C.**
186 Mohawk Drive
Pittsburgh, PA  15228
Telephone: (412) 742-0631

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I certify that on the 15th day of July, 2019, the foregoing document was electronically filed through the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

                                                      */s/ Benjamin J. Sweet*
                                                      Benjamin J .Sweet, Esq.