IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTOPHER MIELO and SARAH HEINZL, individually and on behalf of all others similarly situated,<br>              Plaintiffs,<br><br>vs<br><br>STEAK 'N SHAKE OPERATIONS, INC.,<br>              Defendant. | Civil Action No. 2:15-cv-180 |

O R D E R

On July 15, 2019, Plaintiffs' counsel notified the Court (ECF No. 123) that a settlement in principle had been reached between Plaintiff Sarah Heinzl and Defendant, Steak 'N Shake Operations, Inc. only. Thereafter, on July 19, 2019, counsel for Plaintiffs filed a motion to withdraw as counsel for Plaintiff Christopher Mielo. (ECF No. 125), which motion was granted on August 13, 2019. On September 23, 2019, the claims of Mr. Mielo were dismissed without prejudice. Thus, the only claims still pending before the Court are those of Plaintiff Sarah Heinzl.

The Court has been advised by counsel that the above-captioned action has been settled and that the only matters remaining to be completed are the payment of the settlement proceeds and the submission of a stipulation for dismissal under Fed. R. Civ. P. 41(a). It appears that there is no further action required by the Court at this time.

Therefore, it is hereby **ORDERED** that the Clerk mark the above-captioned action closed. This order shall not be considered a dismissal or disposition of this action and should further proceedings herein become necessary or desirable, either party may initiate same by pleading in the same manner as if this order had not been entered.

It is further **ORDERED** that the Court expressly retains jurisdiction of this matter to consider any issue arising during the period when settlement is being finalized, including but not limited to enforcing settlement.

        **SO ORDERED** this 23rd day of September, 2019.

s/Patricia L. Dodge
PATRICIA L. DODGE
United States Magistrate Judge

cc:    Christopher Mielo
       127 Fenwick Drive
       Pittsburgh, PA 15235