IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTOPHER MIELO and SARAH HEINZL, individually and on behalf of all others similarly situated, | Case No. 2:15-cv-00180 |
| Plaintiffs, | |
| v. | U.S. Magistrate Judge Patricia L. Dodge |
| STEAK 'N SHAKE OPERATIONS, INC., | Filed Electronically |
| Defendant. | |

## STIPULATION OF DISMISSAL OF PLAINTIFF HEINZL

Plaintiff Sarah Heinzl ("Heinzl") and Defendant Steak 'N Shake Operations, Inc. ("Defendant") stipulate and jointly request the dismissal with prejudice of all claims made by Sarah Heinzl from the above-captioned matter under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Heinzl and Defendant shall each bear their own costs and attorneys' fees.

Respectfully submitted,

/s/ Benjamin J. Sweet
Benjamin J. Sweet
PA ID No. 87338
The Sweet Law Firm
186 Mohawk Drive
Pittsburgh, PA 15228
Telephone: 412.742-0631
Email: ben@sweetlawpc.com

Jonathan D. Miller
CA ID No. 220848
Nye, Stirling, Hale & Miller, LLP
33 West Mission Street, Suite 201
Santa Barbara, CA 93101
805-963-2345
Email: jonathan@nshmlaw.com

*Attorneys for Plaintiff Heinzl*

/s/ David H. Raizman
David H. Raizman, Esq. (CA ID No. 129407)
Maria Greco Danaher (PA ID No. 47036)
Patrick J. Fazzini (PA ID No. 306664)

Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
One PPG Place, Suite 1900
Pittsburgh, Pennsylvania 15222
(412) 394-3390
maria.danaher@ogletreedeakins.com
david.raizman@ogletreedeakins.com
patrick.fazzini@ogletreedeakins.com

*Attorneys for Defendant*

## ORDER OF COURT

It is so ordered.

Date: Sept. 25, 2019

BY THE COURT:

_____
Patricia L. Dodge
United States Magistrate Judge